THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ALFRED HAYNES, Appellant.

Argued April 15, 1943; decided May 27, 1943.

*Julian V. Carabba, Ralph J. Barra* and *Samuel Goldstein* for appellant.

*Thomas Cradock Hughes, Acting District Attorney (Henry J. Walsh* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: FINCH, J.